JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHELBY HOSPITALITY LLC, a California limited liability company; and<br>FINE HOSPITALITY LLC, a Nevada limited liability company,<br><br>　　　　Defendants. | Case No. 5:22-cv-00628-JWH-SHK<br><br>**JUDGMENT** |

Pursuant to the "Order Dismissing Unruh Civil Rights Act Claim and Granting-in-Part Motion for Default Judgment [ECF No. 21]" (the "Order") entered substantially contemporaneously herewith, an in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Defendant Shelby Hospitality LLC was previously voluntarily dismissed from this action.

3. The claim for relief of Plaintiff Theresa Brooke ("Plaintiff") arising under the Unruh Civil Rights Act, Cal. Civ. Code §§ 51, *et seq.*, is **DISMISSED** for lack of jurisdiction.

4. Judgment is entered in **FAVOR** of Plaintiff, and **AGAINST** Defendant Fine Hospitality Group LLC ("Defendant"), in the amount of **$2,150** (consisting of $1,750 in reasonable attorney's fees and $400 in costs), with respect to Plaintiff's claim for relief arising under the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12181, *et seq*.

5. Plaintiff is **DIRECTED** forthwith to serve on Defendant the Order and this Judgment. Plaintiff is further **DIRECTED** to file proof of such service within 72 hours thereafter.

6. Defendant is **ORDERED** to mark, within 45 days after Defendant's receipt of service of the Order and this Judgment, an access aisle at the passenger loading zone at the hotel located at or about 3333 Shelby Street in Ontario, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

/ / /

/ / /

/ / /

7.  Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 24, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE